[No. 69141-4-I.   Division One.   January 21, 2014.]

KAREN S. HELM, *Respondent*, v. HANS U. HELM, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-04537-9, LeRoy McCullough, J., entered July 6, 2012. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 69145-7-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRIZAK OMAR MOHAMED, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-07468-1, Mary I. Yu, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Grosse and Cox, JJ.

[No. 69172-4-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL JOSEPH WHITE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-01688-3, Kimberley Prochnau, J., entered July 20, 2012. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Cox and Dwyer, JJ.

[No. 69224-1-I.   Division One.   January 21, 2014.]

LENNIE J. THOMPSON, *Respondent*, v. NORTHWEST CENTER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 12-2-15650-6, Beth M. Andrus, J., entered August 3, 2012. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.